TIFFANY CHEUNG (BAR NO. 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorney for Defendant
UBER TECHNOLOGIES, INC.

RONALD A. MARRON (BAR NO. 175650)
ron@consumeradvocates.com
ALEXIS M. WOOD (BAR NO. 270200)
alexis@consumeradvocates.com
KAS L. GALLUCCI (BAR NO. 288709)
kas@consumeradvocates.com
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, CA 92103
Telephone: 619.696.9006
Facsimile: 619.564.6665

Attorneys for Plaintiff
VICTORIA CAFFEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTORIA CAFFEY, on behalf of herself, and all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. dba UBER EATS,<br><br>Defendant. | Case No. 3:20-cv-02453-RS<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** AS MODIFIED BY THE **(L.R. 6-2)** COURT<br><br>Complaint Filed: April 10, 2020 |

**STIPULATION**

Pursuant to Northern District of California Local Rules 6-2 and 7-12, Plaintiff Victoria Caffey ("Plaintiff") and Defendant Uber Technologies, Inc. ("Uber"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on April 10, 2020, and served Uber with the Complaint on or about April 16, 2020;

WHEREAS, pursuant to previous stipulation, Defendant's deadline to respond to the Complaint is June 19, 2020;

WHEREAS, the parties have initiated and are continuing to engage in good-faith discussions regarding an early resolution of this matter (*see* ECF No. 16);

WHEREAS, the parties have agreed that the deadline for Defendant to respond to the Complaint shall be extended up to and including July 6, 2020,

WHEREAS, a Case Management Conference is currently scheduled as in person for July 23, 2020 at 10:00 am; and

WHEREAS, the parties have agreed to stipulate to a request that the Case Management Conference be continued to August 6, 2020 to allow for additional time for the parties to discuss an early resolution in this case and additionally the parties have agreed to proceed with the Case Management Confernece telephonically at 11:00 am per Dkt. No. 9;

NOW THEREFORE, IT IS AGREED AND STIPULATED, SUBJECT TO THE APPROVAL OF THE COURT that:

1. Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is extended up to and including July 6, 2020;
2. The Case Management Conference will be continued for 14 days, to August 6, 2020 and will be conducted telephonically at 10:00 am; and
3. The parties shall file a Joint Case Management Statement on or before July 30, 2020.

| | | |
|---|---|---|
| 1 | Dated: June 19, 2020 | TIFFANY CHEUNG<br>MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | |
| 4 | | By:  */s/ Tiffany Cheung*<br>     TIFFANY CHEUNG |
| 5 | | Attorney for Defendant<br>UBER TECHNOLOGIES, INC. |
| 6 | | |
| 7 | Dated: June 19, 2020 | RONALD A. MARRON<br>ALEXIS M. WOOD<br>KAS L. GALLUCCI<br>LAW OFFICES OF RONALD A. MARRON |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | By:  */s/ Alexis M. Wood*<br>     Alexis M. Wood |
| 12 | | Attorneys for Plaintiff<br>VICTORIA CAFFEY |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June  22 , 2020

_____
The Honorable Richard Seeborg
United States District Judge

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 3-20-CV-02453-RS